UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **KELLY HODGE,**<br><br>      Plaintiff,<br><br>vs.<br><br>**ENHANCED RECOVERY COMPANY, LLC;** and **DOES 1 through 10, inclusive,**<br><br>      Defendants. | Civil Action No. 13-cv-00330-MHS<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Pursuant to FRCP 41a(1), Plaintiff, KELLY HODGE, by and through her attorneys, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: August 21, 2013                RESPECTFULLY SUBMITTED,

                                                          By: /s/ Kimberly A. Lucas
                                                          Kimberly A. Lucas, Esq.
                                                          State Bar No. 14991480
                                                          Kyle Mathis & Lucas, LLP
                                                          8226 Douglas, Ste. 450
                                                          Dallas, TX 75225
                                                          klucas@kylemathis.com
                                                          T: 214-706-7607
                                                          F: 214-706-7622
                                                          Attorney for Plaintiff,
                                                          KELLY HODGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 21th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant, ENHANCED RECOVERY COMPANY, LLC, at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

ENHANCED RECOVERY COMPANY, LLC
8014 Bayberry Road
Jacksonville, FL 32256

                                              By: /s/ Kimberly A. Lucas
                                              Kimberly A. Lucas, Esq.