# United States District Court
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| KELLY HODGE § | |
| § | |
| v. § | Cause No. 6:13-cv-330 |
| § | |
| ENHANCED RECOVERY COMPANY § | |
| LLC, AND DOES 1 THROUGH 10, § | |
| INCLUSIVE § | |

## FINAL JUDGMENT

In accordance with Plaintiffs' Notice of Dismissal with Prejudice (Doc. No. 5), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

**It is SO ORDERED.**

SIGNED this 22nd day of August, 2013.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE